UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LAWRENCE YOUNG,  :
:
                     Plaintiff,  :
:     22-CV-6475 (VSB)
     -against-  :
:     **ORDER**
ORIGINAL GOURMET FOOD COMPANY,  :
LLC,  :
:
                  Defendant.  :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on July 29, 2022, (Doc. 1), and filed an affidavit of service on September 27, 2022, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was September 26, 2022. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 7, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 28, 2022
           New York, New York

                                                         _____
                                                         VERNON S. BRODERICK
                                                         United States District Judge