UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LAWRENCE YOUNG,                                              :
                                                             :
                                    Plaintiff,               :
                                                             :          22-cv-6475 (VSB)
                  -against-                                  :
                                                             :          **ORDER**
ORIGINAL GOURMENT FOOD                                       :
COMPANY, LLC,                                                :
                                                             :
                                    Defendants.              :
                                                             :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

It is FURTHER ORDERED that the conference in this case set for December 2, 2022, is adjourned.

SO ORDERED.

Dated: December 1, 2022
       New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge